# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALEH ALI,<br><br>            Petitioner,<br><br>    v.<br><br>D. SAMUEL, Warden,<br><br>            Respondent. | NO. 8:24-cv-02602-VBF (GJS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus [Dkt. 1], Respondent's motion to dismiss [Dkt. 29, "Motion], Petitioner's Opposition to the Motion [Dkt. 37], all other documents filed in this action, the original Report and Recommendation of United States Magistrate Judge [Dkt. 43, "Report"], Petitioner's Objections to the Report [Dkt. 46], and the Final Report and Recommendation of United States Magistrate Judge [Dkt. 47, "Final Report"]. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

Nothing in the Objections alters or affects the findings and conclusions in the Report or the Final Report. The Court accepts the findings and recommendations set forth in the Final Report. Accordingly,

IT IS ORDERED that: (1) the Motion is GRANTED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: July 31, 2025                                   /s/ Valerie Baker Fairbank
                                              _____
                                                    VALERIE BAKER FAIRBANK
                                                    UNITED STATES DISTRICT JUDGE