JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALEH ALI,<br><br>  Petitioner,<br><br> v.<br><br>D. SAMUEL, Warden,<br><br>  Respondent. | NO. 8:24-cv-02602-VBF (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's concurrently-issued Order Accepting Findings and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED:  July 31, 2025                                                /s/ Valerie Baker Fairbank

                                                                          VALERIE BAKER FAIRBANK
                                                                          UNITED STATES DISTRICT JUDGE